Shlomo S. Sherman, Esq.
Nevada Bar No. 009688
**Sherman Law, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:   shlomo@shermanlawlv.com

Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
Of Counsel to **Weiss and Moy, P.C.**
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254
Telephone: (202) 257-3720
E-mail:   ken@motosalaslaw.com

Attorneys for Defendant
Recover Innovations, Inc. d/b/a Recover Tactical

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CAA Industries, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Recover Innovations, Inc. d/b/a Recover Tactical, <br><br> Defendant. | Case No. 2:22-cv-00581 <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE FOR (I) PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND (II) DEFENDANT TO REPLY TO DEFENDANT'S RESPONSE** <br><br> **(FIRST REQUEST)** |

Defendant Recover Innovations, Inc. d/b/a Recover Tactical, by and through undersigned counsel and with no opposition from Plaintiff CAA Industries, Ltd., hereby respectfully requests that the Court grant Plaintiff an extension of one (1) week to respond to the pending Motion to Dismiss filed on July 7, 2023 (Doc. 54). Pursuant to LR IA 6-1, this is the first request for extension of time.

Currently, Plaintiff's response to the Motion to Dismiss is due July 21, 2023, with Defendant's reply due July 28, 2023. Defendant's counsel has a pre-planned, pre-paid family vacation planned nine months ago from July 23-30, 2023. To accommodate this, Defendant has requested that Plaintiff agree to a one-week extension of time for Plaintiff to respond to the Motion

to Dismiss so that the reply due date does not fall during this brief vacation time. With such an extension, the response would be due July 28, 2023, and the reply due August 4, 2023. In email correspondence between the parties on July, 21, 2023, Plaintiff's counsel agreed to this proposal. This short request is sought in good faith and not pursued for undue delay. No further extensions will be sought.

For the foregoing reasons, Defendant respectfully requests the Court grant this Motion.

Respectfully Submitted this 21st day of July, 2023.

Sherman Law, PLLC

By: */s/Kenneth M. Motlenich-Salas*
Shlomo S. Sherman, Esq.
Nevada Bar No. 009688
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128

and

Kenneth M. Motolenich-Salas (AZ Bar No. 027499 (*pro hac vice*)
Of Counsel to Weiss and Moy, P.C.
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254

Attorneys for Defendant Recover Innovations, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of MotoSalas Law, PLLC and that on the 21st day of July, 2023, pursuant to Fed. R. Civ. P. 5, LR 5-1 and LR IC 4-1, I caused to be served a true and correct copy of foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE FOR (I) PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND (II) DEFENDANT TO REPLY TO DEFENDANT'S RESPONSE** in the following manner:

(ELECTRONIC SERVICE) The above-referenced document was electronically served on the date hereof through the Notice of Electronic Filing automatically generated by the Court's facilities to those parties listed on the Court's Master Service List.

By: */s/ Kenneth M. Motolenich-Salas*
Attorney of Record for Defendant and Employee of
MotoSalas Law, PLLC