DICKINSON WRIGHT PLLC
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
Email: JKrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada  89169-0965
Tel:     702-550-4400
Fax:    844-670-6009

RYDER, MAZZEO & KONIECZNY LLC
JOSEPH M. KONIECZNY, SR.
(Admitted *Pro Hac Vice*)
Email: jkonieczny@ryderlu.com
P.O. Box 670
Plymouth Meeting, PA 19462
Tel:     610-940-1962
Fax:    610-940-1963

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAA INDUSTRIES, LTD., | |
| Plaintiff, | |
| v. | Case No.: 2:22-cv-00581-GMN-EJY |
| RECOVER INNOVATIONS, INC. d/b/a RECOVER TACTICAL, | |
| Defendant. | |

## JOINT MOTION TO STAY DISCOVERY

In accordance with the Court's Order dated March 4, 2024, Dkt. No. 62, the Parties jointly move this Court for a stay of all discovery for a period of one month beginning on March 19, 2024, and ending on April 18, 2024, at which time the Parties shall submit a joint proposed discovery plan and scheduling order.

1   Plaintiff's undersigned counsel, Ryder, Mazzeo & Konieczny, LLC, will be starting a
2  trademark infringement and false advertising trial in the U.S.D.C. for the Eastern District of
3  Pennsylvania starting on March 18, 2024.  The trial is expected to last two weeks.  All attorneys
4  of Plaintiff's undersigned law firm must temporarily devote all of their efforts to this prior-filed
5  litigation.
6   This request is brought for good cause and not for the purpose of delay.
7   For the foregoing reason, the Parties respectfully request this Honorable Court to
8  GRANT their Joint Motion to Stay Discovery.

Dated: March 13, 2024                    RYDER, MAZZEO & KONIECZNY LLC

*/s/ Joseph M. Konieczny, Sr.*
Joseph M. Konieczny, Sr.
(Admitted *Pro Hac Vice*)
Email: jkonieczny@ryderlu.com
P.O. Box 670
Plymouth Meeting, PA 19462
Tel: 610-940-1962

DICKINSON WRIGHT PLLC
JOHN L. KRIEGER, ESQ.
Email: JKrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel: 702-550-4400

*Attorneys for Plaintiff*

|   |   |
|---|---|
| 1 | Sherman Law, PLLC |
| 2 | By: /s/Kenneth M. Motlenich-Salas |
|   | Shlomo S. Sherman, Esq. |
| 3 | Nevada Bar No. 009688 |
|   | 2620 Regatta Drive, Suite 102 |
| 4 | Las Vegas, Nevada 89128 |
| 5 | And |
| 6 | Kenneth M. Motolenich-salas (pro hac vice) |
|   | Of Counsel to Weiss and Moy, P.C. |
| 7 | MotoSalas Law, PLLC |
|   | 16210 North 63rd street |
| 8 | Scottsdale, Arizona 85254 |

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE


DATED: March 13, 2024