Shlomo S. Sherman, Esq.
Nevada Bar No. 009688
**Sherman Law, PLLC**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 900-2786
Facsimile: (702) 714-0971
E-Mail:    shlomo@shermanlawlv.com

Kenneth M. Motolenich-Salas (AZ Bar No. 027499, *pro hac vice*)
Of Counsel to **Weiss and Moy, P.C.**
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, Arizona 85254
Telephone: (202) 257-3720
E-mail:    ken@motosalaslaw.com

Attorneys for Defendant Recover Innovations, Inc. d/b/a Recover Tactical

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CAA Industries, Ltd.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Recover Innovations, Inc. d/b/a Recover Tactical,<br><br>　　　　Defendant | Case No. 2:22-cv-00581<br><br>**STIPULATION TO MODIFY MARKMAN BRIEFING DATES**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1, Plaintiff CAA Industries, Ltd., and Defendant Recover Innovations, Inc. d/b/a Recover Tactical, by and through undersigned counsel, hereby request modification of the Markman briefing and hearing dates, which were established by Court Order dated April 30, 2024. ECF 66.  The modification is requested because Defendant's responsive claim construction deadline, December 27, 2025, occurs shortly after the Christmas holiday and while Defendant's counsel is on an extended family vacation in Thailand from December 20, 2024 until January 9, 2025.  The current and proposed new dates are set forth below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | December 6, 2024 | January 10, 2025 |
| Defendant's Responsive Claim Construction Brief | December 27, 2024 | February 7, 2025 |
| Plaintiff's Reply Claim Construction Brief | January 10, 2025 | February 21, 2025 |
| Final *Markman* Hearing | January 2025 | February 2025 |

None of the above dates conflicts with any of the other dates in the Court's Order (ECF 67).

WHEREFORE, for good cause and not unreasonable delay, the parties stipulate to modification of the Court's Scheduling Order (ECF 67) as set forth above.

DATED: May 9, 2024

**DICKINSON WRIGHT PLLC**

*/s/John L. Krieger with permission*
John L. Krieger
(Nevada Bar No. 6023)
jkrieger@dickinsonwright.com
3883 Howard Hughes Pkwy, Ste 800
Las Vegas, NV 89169
Telephone: (702) 550-4400
Fax: (844) 670-6009

**RYDER, MAZZEO & KONIECZNY LLC**

Joseph M. Konieczny, Sr., Esq.
(Admitted *Pro Hac Vice*)
Email: jkonieczny@ryderlu.com
P.O. Box 670
Plymouth Meeting, PA 1946
Tel: 610-940-1962
*Attorneys for Plaintiff*

DATED: May 9, 2024

**MOTOSALAS LAW, PLLC**

*/s/Kenneth Motolenich-Salas*
Kenneth M. Motolenich-Salas
16210 N. 63rd St.
Scottsdale, AZ 85254
Phone: (202) 257-3720
kmotolenich@weissiplaw.com

**SHLOMO SHERMAN, ESQ.**

Shlomo S. Sherman
2620 Regatta Dr.
Las Vegas, NV 89128
Phone: (702) 900-0313
shlomo@shermanlawlv.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2024

*Stipulation to Modify Markman Briefing Dates*

2