UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAA INDUSTRIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RECOVER INNOVATIONS, INC. d/b/a RECOVER TACTICAL, <br><br> Defendant. | Case No. 2:22-cv-00581-GMN-EJY <br><br> **ORDER** |

Pending before the Court is the Motion to Withdraw as Attorneys of Record filed by Plaintiff's counsel (ECF No. 71). No timely response to the Motion was filed. Under Local Rule 7-2(d), the Court may treat the failure of the nonmoving party to oppose a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorneys of Record (ECF No. 71) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is advised to review the Discovery Plan and Scheduling Order (ECF No 67) and deadlines therein. Plaintiff is further advised to contact defense counsel to discuss extensions, if any, are desired. Defense counsel is advised to cooperate with any reasonable extensions requested.

IT IS FURTHER ORDERED that a status report must be filed no later than **July 25, 2024** regarding whether Plaintiff has contacted defense counsel, Plaintiff has retained new counsel, and whether any extensions of time regarding discovery are requested.

IT IS FURTHER ORDERED that John Krieger must send Plaintiff a copy of this Order and a copy of the Scheduling Order at ECF No. 67 by U.S. and electronic mail no later than **July 5, 2024**. A notice of compliance is due no later than **July 8, 2024**.

Dated this 2nd day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1