UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAA INDUSTRIES, LTD.,<br><br>     Plaintiff,<br><br>vs.<br><br>RECOVER INNOVATIONS, INC.,<br><br>     Defendant. | Case No.: 2:22-cv-00581-GMN-EJY<br><br>**ORDER SETTING RESPONSE DEADLINE** |

  Defendant Recover Innovations filed a Motion to Dismiss the First Amended Complaint, (ECF No. 83), to which Plaintiff CAA Industries did not respond by the September 20, 2024, deadline. Defendant then filed a Notice of Non-Opposition, (ECF No. 88).

  The Motion to Withdraw as Attorney filed by Plaintiff's former counsel, as well as Plaintiff's Declaration of Service, list Plaintiff's last known address as P.O. Box 8617 in Tel Aviv, Israel. (Mot. Withdraw, ECF No. 71); (Decl. of Service, ECF No. 74). The firm also provided emails addresses for Plaintiff's President, Moshe Oz at mosheoz@gmail.com and for representative Jay Portz at jayportz4@gmail.com. However, Defendant's Notice of Compliance, (ECF No. 78), was served at Plaintiff at a different address and explains that it "investigated in order to determine," because Plaintiff's former counsel did not provide a zip code or phone number. Likewise, Defendant's Notice of Mailing Court Order, (ECF No. 82), fails to provide the mailing address used, and neither Notice states that it was sent via email.

  While Defendant did serve the Motion to Dismiss at the physical address provided by Plaintiff's former counsel, (*see* ECF No. 85), the Court's *Klingele* Minute Order was distributed only by NEF and not sent via email or mail to Plaintiff. (Min. Order, ECF No. 84). To ensure Plaintiff has proper notice of the filings in this case, the Court hereby extends

Plaintiff's Response Deadline to Defendant's Motion to Dismiss to January 15, 2025.  The Court reminds Plaintiff that if the Motion to Dismiss is granted as written by Defendant, judgment may be entered against Plaintiff and this lawsuit will end without trial.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Response Deadline to the Motion to Dismiss, (ECF No. 83) is extended to January 15, 2025.

The Clerk of Court is kindly requested to update the CM/ECF caption with the last known address provided by Plaintiff's former counsel in ECF No. 71.  The Clerk is Court is further requested to both email and physically mail Plaintiff this Order, as well as ECF Nos. 88, 84, and 83, using the email addresses and physical address provided in ECF No. 71.

**DATED** this   30   day of December, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT